**LAUREL EMPLOYMENT LAW**
Joshua I. White (State Bar No. 278166)
josh@laurelemploymentlaw.com
Jamie Nguyen (State Bar No. 340020)
jamie@laurelemploymentlaw.com
808 Wilshire Boulevard, Suite 200
Santa Monica, CA 90401
Telephone: (323) 551-9221
Facsimile: (310) 564-4093

**CLOSED**

LAUREL EMPLOYMENT LAW

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MESEROLL, an Individual,<br><br>Plaintiff,<br>vs.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC., a North Carolina Corporation; WENDY ALBRECHT, an Individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:26-cv-05997-CAS-AYPx<br><br>**ORDER FOR DISMISSAL OF ACTION** |

The parties having stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 9, 2026

Christina A. Snyder
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE